UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHRISTIAN ARMAN GHORBANI; CHALET HOUSE LLC,

                    Plaintiffs,

                -against-

GOLDMAN SACHS,

                    Defendant.

20-CV-7875 (CM)

ORDER DIRECTING PAYMENT OF FEE
OR AMENDED IFP APPLICATION

---

COLLEEN McMAHON, Chief United States District Judge:

      Plaintiff Christian Ghorbani brings this action *pro se*.[1] To proceed with a civil action in this Court, a plaintiff must either pay $400.00 in fees – a $350.00 filing fee plus a $50.00 administrative fee – or, to request authorization to proceed without prepayment of fees, submit a signed *in forma pauperis* ("IFP") application. *See* 28 U.S.C. §§ 1914, 1915.

      Plaintiff submitted an IFP application, but it is incomplete. Plaintiff does not answer questions about when he last worked and, if so, how much he earned, whether he currently has business, professional, or self-employment income, and more. Because Plaintiff either does not answer many of the questions concerning his financial situation and how he supports himself, or his answers are incomplete, the Court cannot conclude that he is unable to pay the relevant fees for this action.

      Accordingly, within thirty days of the date of this order, Plaintiff must either pay the $400.00 in fees or submit an amended IFP application. If Plaintiff submits an amended IFP application, it should be labeled with docket number 20-CV-7875 (CM), and address the

---

[1] A non-lawyer cannot appear on behalf of another, and Plaintiff therefore cannot represent Chalet House, LLC.

deficiencies indicated above by providing facts establishing that he is unable to pay the relevant fees. Plaintiff must answer each question on the IFP application, state all sources of income and all monthly expenses, and describe how he supports himself.[2] If the Court grants the amended IFP application, Plaintiff will be permitted to proceed without prepayment of fees. *See* 28 U.S.C. § 1915(a)(1).

The Clerk of Court is directed to assign this matter to my docket, mail a copy of this order to Plaintiff, and note service on the docket. If Plaintiff complies with this order, the case shall be processed in accordance with the procedures of the Clerk's Office. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated:   September 24, 2020
         New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge

---

[2] Because the IFP Application is available on the internet, Plaintiff should not attach bank statements or other documentation.