UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTIAN ARMAN GHORBANI;
CHALET HOUSE, LLC,

                  Plaintiffs,

    -against-

GOLDMAN SACHS,

                  Defendant.

20-CV-7875 (CM)

CIVIL JUDGMENT

    Pursuant to the order issued November 5, 2020, dismissing the complaint,

    IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(i).

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   November 5, 2020
           New York, New York

                                            COLLEEN McMAHON
                                            Chief United States District Judge